| | |
|---|---|
| 1 | John T. Masterson, Bar #007447 |
| | Michele Molinario, Bar #020594 |
| 2 | Justin M. Ackerman, Bar #030726 |
| | JONES, SKELTON & HOCHULI, P.L.C. |
| 3 | 40 North Central Avenue, Suite 2700 |
| | Phoenix, Arizona  85004 |
| 4 | Telephone:  (602) 263-1700 |
| | Fax:  (602) 200-7850 |
| 5 | jmasterson@jshfirm.com |
| | mmolinario@jshfirm.com |
| 6 | jackerman@jshfirm.com |

Attorneys for Defendants  James Driscoll and Matt Figueroa

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Guillermo Tenorio-Serrano, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>James Driscoll, Coconino County Sheriff; Matt Figueroa, Jail Commander of the Coconino County Jail; Matt Ryan, member of the Board of Directors of the Coconino County Jail District; Lena Fowler, member of the Board of Directors of the Coconino County Jail District; Jim Parks, member of the Board of Directors of the Coconino County Jail District; Elizabeth Archuleta, member of the Board of Directors of the Coconino County Jail District; Art Babbott, member of the Board of Directors of the Coconino County Jail District, all in their official capacities,<br><br>Defendants. | NO.<br><br>**DEFENDANTS' JAMES DRISCOLL AND MATT FIGUEROA'S NOTICE OF REMOVAL** |

Defendants James Driscoll and Matt Figueroa ("Defendants") have been served a copy of Plaintiff's Verified Complaint for Declaratory Relief, Injunctive Relief, and Special Action filed in the Superior Court for the State of Arizona, in the County of Coconino, Case No. CV2018-00144.  Defendants hereby notice the removal of the above-captioned case, from the Superior Court of the State of Arizona, in the County of

Coconino, to this Court, the United States District Court, for the District of Arizona. The following assertions supports Defendants' Notice of Removal.

## I. BACKGROUND

On March 16, 2018, Plaintiff Guillermo Tenorio-Serrano, as an individual, and on behalf of all others similarly situated, filed a Verified Complaint for Declaratory Relief, Injunctive Relief, and Special Action in the Superior Court of Coconino County, entitled *Tenorio-Serrano, et al. v. James Driscoll, et al*, Case No. CV2018-00144 (the "Superior Court Action"). A true and accurate copy of the Complaint filed in the Superior Court Action is attached hereto as **Exhibit "A"**.

Plaintiff, as an individual, and on behalf of all others similarly situated, also filed an Application for Temporary Restraining Order, and Application for Order to Show Cause Regarding Application for Preliminary and Permanent Injunction, in the Coconino County Superior Court. A true and accurate copy of the Application for Temporary Restraining Order is attached hereto as **Exhibit "B"**. Defendants are filing the Response to the Application for Temporary Restraining Order on Monday, April 2, 2018, simultaneously with this Notice of Removal.

The Coconino County Superior Court has set a hearing on the Application for Temporary Restraining Order for Wednesday, April 4, 2018. Based on the filing of this Notice of Removal, the Superior Court is divested of any power, authority, or jurisdiction to hear and decide Plaintiff's motion pursuant to 28 U.S.C. §1446(d).

## II. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the Constitution, laws, or treaties of the United States. This action may be removed pursuant to 28 U.S.C. § 1441(a) because it is based on alleged civil rights and federal constitutional violations. Although there is no "count" in the Complaint directly alleging violations under federal civil rights statutes, Plaintiff's Verified Complaint demands injunctive equitable, and declaratory relief with respect to the interpretation of

2

the Fourth and Fourteenth Amendments of the United States Constitution, as well as federal immigration laws, regulations, and policies.

Specifically, Plaintiff has alleged Coconino County Detention Facility ("CCDF") has an unconstitutional policy of prolonging detention of inmates for whom it receives a "detainer" from the United States Immigration and Customs Enforcement agency. *See* Ex. A, Plaintiffs' Compl. ¶ 5. Plaintiff alleges the policy violates Article II, Section 8 of the Arizona Constitution and the Fourth and Fourteenth Amendments to the United States Constitution. Ex. A, Plaintiffs' Compl. ¶ 6. Counts 3 of Plaintiff's Complaint seeks injunctive relief based on alleged violations of the Fourth Amendment to the United States Constitution. *See* Ex. A, Plaintiffs' Compl. ¶¶ 133-136. Finally, Plaintiff's Prayer for Relief explicitly asks the Court to declare that the Form I-200 warrant provided by ICE is no sufficient to meet the requirements of the Warrant Clause of the Fourth Amendment to the U.S. Constitution, Compl. At p. 23, ¶ F, and that any reliance by Defendants on the I-200 warrant from ICE is unlawful. *Id.* at ¶ G. Thus, this Court has original jurisdiction, and the Superior Court Action must be removed to the United States District Court, for the District of Arizona.

Venue is proper in this district under 28 U.S.C. § 1441(a) because the District and the division embrace Coconino County, Arizona, the place where the Superior Court Action was filed.

### III.   COMPLIANCE WITH 28 U.S.C. § 1446

Defendants James Driscoll and Matt Figueroa were served with the Verified Complaint for Declaratory Relief, Injunctive Relief and Special Action; and Petitioner's Motion of or Declaratory Relief, Application for Temporary Restraining Order, and Application for Order to Show Cause Regarding Application for Preliminary and Permanent Injunction on March 22, 2018. Plaintiff submitted a Certificate of Service that the Coconino County Jail District Board of Supervisors received the Verified Complaint and related pleadings on March 19, 2018. *See* Notice of Filing with Certificates of Service, dated March 26, 2018, attached hereto as **Exhibit "C."**

In accordance with 28 U.S.C. § 1446(b), this Notice of Removal has been filed within thirty (30) days of receipt of Plaintiffs' Verified Complaint, and within one year of the commencement of the Superior Court Action.

Additionally, undersigned counsel for Defendants James Driscoll and Matt Figueroa, have contacted counsel for Defendants Matt Ryan, Lena Fowler, Jim Parks, Elizabeth Archuleta, Art Babbott, members of the Board of Directors of the Coconino County Jail District, and they have consented to removing this action to the United States District Court, for the District of Arizona.

Copies of all remaining pleadings currently on file with the Coconino County Superior Court are attached as **Exhibit "D"**.

Notice of Removal to United States District Court, a true and correct copy of which is attached as **Exhibit "E"**, has been filed in the Superior Court for the State of Arizona, in the County of Coconino, Case No. CV2018-00144, on behalf of Defendants James Driscoll and Matt Figueroa.

### IV.     CONCLUSION

Removal of this action is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.  All defendants have consented to removal, and Defendants hereby submit the subject notice of removal, a Notice of which has also been filed with the Coconino County Superior Court.

DATED this 2nd day of April 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ *Michele Molinario*
John T. Masterson
Michele Molinario
Justin M. Ackerman
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants James Driscoll
and Matt Figueroa

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system and US Mail to:

Kathryn G. Mahady
ASPEY WATKINS & DIESEL, PLLC
123 N. San Francisco Street, 3rd Floor
Flagstaff, Arizona 86001
kmahady@awdlaw.com
Attorneys for Petitioner


/s/*Mary M. Soto*

6609302.1