**SIMS MURRAY JELLISON, LTD.**
3101 North Central Avenue
Suite 870
Phoenix, Arizona 85012
Telephone: (602) 772-5520
Facsimile: (602) 772-5509
E-mail: jim@jellisonlaw.com

JAMES M. JELLISON, ESQ. #012763
Attorney for Defendants Board of Directors of the
Coconino County Jail District, in their official capacities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guillermo Tenorio-Serrano, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>James Driscoll, Coconino County Sheriff, Matt Figueroa, Jail Commander of the Coconino County Jail; Matt Ryan, member of the Board of Directors of the Coconino County Jail District, Lena Fowler, member of the Board of Directors of Coconino County Jail District, Jim Parks, member of the Board of Directors of the Coconino County Jail District, Elizabeth Archuleta, member of the Board of Directors of Coconino County Jail District, Art Babbott, member of the Board of Directors of the Coconino County Jail District, all in their official capacities,<br><br>Defendants. | Case No.: CV-2018- 08075-DGC-BSB<br><br>**CONSENT TO REMOVAL OF ACTION FROM STATE COURT** |

The Members of the Board of Directors of the Coconino County Jail District, Matt Ryan, Lena Fowler, Jim Parks, Elizabeth Archuleta, and Art Babbott in their official capacities, [hereinafter "Board Defendants"], through undersigned counsel, hereby consent to the removal

1

of this action from Superior Court of Coconino County as filed by Defendants Driscoll and Figueroa on April 2, 2018.  [Doc. 1]

Board Defendants received the Verified Complaint For Declaratory Relief, Injunctive Relief, and Special Action (the "Complaint") in the state court case on or about March 19, 2018. The time for the Board Defendants to consent or remove this matter has not expired, and is timely filed under 28 U.S.C. section 1446(b).

Board Defendants have not answered or otherwise responded to the Complaint, however, intend to.

DATED this 3rd day of April, 2018.

SIMS MURRAY JELLISON, LTD.

By: s/James M. Jellison
James M. Jellison
*Attorney for Board Defendants*

I hereby certify that on April 3, 2018
I electronically transmitted the attached document
to the Clerk's Office using the
CM/ECF System for filing.

Kathryn G. Mahady
ASPEY WATKINS & DIESEL, PLLC
123 N. San Francisco Street, 3rd Floor
Flagstaff, AZ 86001
KMahady@awdlaw.com
*Attorney for Plaintiff*

Michele Molinario
JONES SKELTON HOCHULI, PLC
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
mmolinario@jshfirm.com
*Attorney for Defendants Driscoll and Figueroa, in their official capacities*

s/Kasey M. Rivera