Kathryn G. Mahady (028916)
**ASPEY WATKINS & DIESEL, PLLC**
123 N. San Francisco Street, 3rd Floor
Flagstaff, Arizona 86001
Telephone: (928) 774-1478
Email: KMahady@awdlaw.com
*Attorney for Petitioner*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Guillermo Tenorio-Serrano, as an individual, and on behalf of all others similarly situated,<br><br>                    Petitioner,<br><br>v.<br><br>James Driscoll, Coconino County Sheriff; Matt Figueroa, Jail Commander of the Coconino County Jail; Matt Ryan, member of the Board of Directors of the Coconino County Jail District; Lena Fowler, member of the Board of Directors of the Coconino County Jail District; Jim Parks, member of the Board of Directors of the Coconino County Jail District; Elizabeth Archuleta, member of the Board of Directors of the Coconino County Jail District; Art Babbott, member of the Board of Directors of the Coconino County Jail District, all in their official capacities,<br><br>                    Respondents. | Case No. 3:18-cv-08075-DGC-BSB<br><br>**NOTICE OF PENDING MOTION** |

Petitioner, Guillermo Tenorio-Serrano, through undersigned counsel and pursuant to

Rule 3.6(c), L. R. Civ. P., hereby gives notice of a motion pending and undecided in the

- 1 -

state court at the time of removal. The pending motion is *Petitioner's Motion for Declaratory Relief; Application for Temporary Restraining Order; and Application for Order to Show Cause Regarding Application for Preliminary and Permanent Injunction*. Respondents James Driscoll, Coconino County Sheriff, and Matt Figueroa, Jail Commander of the Coconino County Jail, have responded to such *Motion*. Respondent Members of the Board of Directors of the Coconino County Jail District ("CCJD") have not yet submit a *Response* and Petitioner must submit a *Reply* to each *Response*.

Petitioner requests this Court set a deadline for remaining briefing when issuing a screening order under 28 U.S.C. § 1915A.

DATED: April 6, 2018.

**ASPEY WATKINS & DIESEL, PLLC**

/s/ Kathryn G. Mahady
Kathryn G. Mahady
*Attorney for Petitioner*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John T. Masterson
Michele Molinario
Justin M. Ackerman
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
*Attorneys for Respondents James Driscoll and Matt Figueroa*

James M. Jellison
SIMS MURRAY JELLISON, LTD.
3101 North Central Avenue
Suite 870
Phoenix, Arizona 85012
*Attorney for Board Defendants*

/S/ KATHRYN G. MAHADY