John T. Masterson, Bar #007447
Michele Molinario, Bar #020594
Justin M. Ackerman, Bar #030726
Lisa Papsin, Bar #034075
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7831
jmasterson@jshfirm.com
mmolinario@jshfirm.com
jackerman@jshfirm.com
lpapsin@jshfirm.com

Attorneys for Defendants James Driscoll and Matt Figueroa

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Guillermo Tenorio-Serrano, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>James Driscoll, Coconino County Sheriff; Matt Figueroa, Jail Commander of the Coconino County Jail; Matt Ryan, member of the Board of Directors of the Coconino County Jail District; Lena Fowler, member of the Board of Directors of the Coconino County Jail District; Jim Parks, member of the Board of Directors of the Coconino County Jail District; Elizabeth Archuleta, member of the Board of Directors of the Coconino County Jail District; Art Babbott, member of the Board of Directors of the Coconino County Jail District, all in their official capacities,<br><br>Defendants. | NO. 3:18-cv-08075-DGC--BSB<br><br>**Defendants James Driscoll and Matt Figueroa's Notice to the Court Re: Revised Response to Plaintiff's Application for Temporary Restraining Order**<br><br>(Assigned to Hon. David Campbell) |

Pursuant to this Court's March 16, 2018 Order (Doc. 13, n.3), Defendants James Driscoll and Matt Figueroa ("Defendants") give notice that they withdraw their Response to Plaintiff's Motion for Declaratory Relief, Application for Temporary Restraining Order, and Application for Order to Show Cause Regarding Application for

6670579.1

Preliminary and Permanent Injunction ("Plaintiff's Motion") (Doc. 2). Defendants will file a revised response to Plaintiff's Motion on or before May 2, 2018.

DATED this 24th day of April 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Michele Molinario
   Michele Molinario
   John T. Masterson
   Justin M. Ackerman
   Lisa Papsin
   40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004
   Attorneys for Defendants James Driscoll
   and Matt Figueroa

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/Karen Gawel

6670579.1

2