Eileen Dennis GilBride
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7827
egilbride@jshfirm.com

Attorneys for Amici Curiae National Sheriffs' Association, Southwestern Border Sheriffs' Coalition, Western States Sheriffs' Association, Arizona Sheriffs' Association

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Guillermo Tenorio-Serrano, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>James Driscoll, Coconino County Sheriff; Matt Figueroa, Jail Commander of the Coconino County Jail; Matt Ryan, member of the Board of Directors of the Coconino County Jail District; Lena Fowler, member of the Board of Directors of the Coconino County Jail District; Jim Parks, member of the Board of Directors of the Coconino County Jail District; Elizabeth Archuleta, member of the Board of Directors of the Coconino County Jail District; Art Babbott, member of the Board of Directors of the Coconino County Jail District, all in their official capacities,<br><br>Defendants. | NO. 3:18-cv-08075-DGC-BSB<br><br>**Brief of Amici Curiae National Sheriffs' Association, Southwestern Border Sheriffs' Coalition, Western States Sheriffs' Association, and Arizona Sheriffs' Association in Support of Defendants**<br><br>**And**<br><br>**Request to file Amicus Brief** |

Defendants Driscoll and Figueroa have outlined the legal reasons for upholding the Coconino County Sheriff's policies and procedures to comply with ICE detainer requests where ICE has issued a valid I-247A Form and I-200/I-205 warrant. Amici Curiae National Sheriffs' Association, Southwestern Border Sheriffs' Coalition, Western States Sheriffs' Association, and Arizona Sheriffs' Association provide

additional practical and policy reasons that support Defendants' position.[1]

## I. **INTEREST OF AMICI**

The National Sheriffs' Association is a professional association dedicated to serving the Office of Sheriff and its affiliates through police education, police training, and general law enforcement information resources. NSA represents over three thousand sheriffs, elected by their respective communities, plus deputies and other law enforcement, public safety professionals and concerned citizens nationwide. The National Sheriffs' Association headquarters is located in Alexandria, Virginia and offers police training, police information, court security training, jail information and other law enforcement services to sheriffs, deputies, and others throughout the nation. NSA has worked to forge cooperative relationships with local, state, and federal criminal justice professionals across the nation to network and share information about homeland security programs and projects.

The Southwestern Border Sheriffs' Coalition consists of Sheriffs from Texas, New Mexico, Arizona, and California whose counties are situated within 25 miles of the international boundary between the United States of America and the Republic of Mexico. Its mission is to assist the Sheriffs with the protection of lives, property and the rights of the citizens and inhabitants, maintain order and public safety in the United States along the Mexico boundary, enforce laws impartially, and provide police services in partnership with other law enforcement agencies, organizations, and community partners.

The Western States Sheriffs' Association is comprised of sheriffs and their command staff from 16 western states that include Washington, Wyoming, Oregon, Utah, Idaho, California, Arizona, Nevada, Nebraska, New Mexico, North Dakota South Dakota, Colorado, Montana, Texas and Oklahoma. The Association was formed in 1993 in an effort to allow Sheriffs to assist each other in fulfilling their duties and obligations related

---

[1] No counsel for a party authored this brief in whole or in part, and no counsel or party made a monetary contribution intended to fund the preparation or submission of this brief. Besides amici curiae and their counsel, no party has made a monetary contribution to this brief's preparation and submission.

to law enforcement in their respective counties. The Association's mission is to assist sheriffs and their offices with federal and state legislative issues, address policy and procedural matters, develop guidelines to promote uniformity in matters that are important to sheriffs of the western United States and to work together to keep the office of the sheriff strong.

The Arizona Sheriffs' Association is an organization comprised of all fifteen elected county sheriffs who have sworn to maintain the public trust through open, honest and ethical administration of their respective offices and exercising integrity and professionalism in the use of their constitutional powers and authority. As is relevant here, Arizona sheriffs are responsible for law enforcement in all the unincorporated areas of the county, and the custody of the county jail and care of prisoners. A.R.S. § 11-441. County sheriffs and their employees are law enforcement personnel on the front lines who must coordinate law enforcement efforts to keep our citizens safe.

## II.     REQUEST TO FILE AMICUS BRIEF

Amici respectfully request the Court to allow them to file this brief. District courts have broad discretion to appoint or reject amici curiae. *Friendly House v. Whiting*, No. CV 10-1061-PHX-SRB, 2010 WL 11452277, at *19 (D. Ariz. Oct. 8, 2010); *Waste Mgmt. of Pennsylvania, Inc. v. City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995). Amici believe the Court could benefit from hearing the practical perspective of the ICE detainer issue from law enforcement personnel on the front lines who are responsible for keeping their citizens and themselves safe.

## III.    COOPERATION IS CRITICAL TO EFFECTIVE LOCAL AND FEDERAL LAW ENFORCEMENT

### A.     Cooperation enhances safety.

Cooperation between federal and local law enforcement officers is critical to protecting both our officers and our citizens from alien illegal activity. This is especially true in Arizona, which boasts wide open spaces and abundant public land. In such communities, cooperation among all jurisdictions is necessary to provide effective law

3

enforcement services.

ICE detainers are a critical tool for addressing threats by criminal aliens who have been arrested by state or local law enforcement. The federal government uses ICE detainers to ask state and local law enforcement to either notify ICE that a criminal alien is about to be released, or maintain custody of the alien for up to 48-hours for ICE pick-up. For local sheriffs, an ICE detainer serves as a firm indication of a presenting criminal justice reason for intervention by federal authorities with respect to an immigration related violation. It is not for local law enforcement to make an arbitrary uninformed decision regarding the efficacy of that reason. But the statistics from ICE demonstrate the benefit to local law enforcement and Arizona citizens from cooperating with the request. Since ICE was established in March 2003, the agency has removed hundreds of thousands of aliens, some of whom fall under the category of high-profile removals. Most high-profile removals are fugitive aliens, meaning that he or she is wanted for a crime in another country regardless of the severity of the crime. Fugitive alien removals cases generally involve those who have committed serious crimes, including murder, rape, sexual abuse of a minor, drug offenses, alien smuggling, fraud or theft.[2] Some high profile removals are national security risks, such as suspected terrorists, those involved in counter-proliferation crimes or are on the Terrorist Watch list and/or the No-Fly list. https://www.ice.gov/features/High-profile-Removals. Absent federal and local cooperation, criminal aliens with ICE detainers who are nevertheless released are able to reenter our communities and engage in further criminal activity at the expense and safety of our citizens.[3] This also increases the risk for local law enforcement personnel, who are

---

[2] ICE ERO defines "fugitive" as any alien who has failed to depart the United States following the issuance of a final order of removal, deportation or exclusion, or who has failed to report to ICE after receiving notice to do so. Fiscal Year 2017 ICE Enforcement and Removal Operations Report ("ICE Report"), found at https://www.ice.gov/removal-statistics/2017.

[3] A prominent example occurred in San Francisco in 2015 when Kate Steinle was shot and killed by an illegal alien who had seven convictions and five previous deportations. The suspect had previously been in local custody, but was released by the county sheriff's office after it refused to honor an ICE detainer request.

often on the front lines dealing with crime involving transnational gang activity, human trafficking, smuggling, drug related offenses, and other serious crimes often tied to illegal immigration.

In fiscal 2017, immigrants with past criminal convictions accounted for 74% of all ICE arrests. https://www.ice.gov/removal-statistics/2017. The remainder were classified as "non-criminal" arrestees, including 16% with pending criminal charges and 11% with no known criminal convictions or charges. *Id*. ICE Enforcement and Removal Operations ("ERO") conducted 143,470 overall administrative arrests in 2017, of which 92 percent had a criminal conviction, a pending criminal charge, were an ICE fugitive or were processed with a reinstated final order. Ice Report at https://www.ice.gov/removal-statistics/2017. Last year, law enforcement agencies declined 8,170 ERO detainers, and ERO was able to arrest only 6 percent of these individuals in FY17, resulting in 7,710 illegal and criminal aliens remaining at-large. *Id*. The ICE Report contains the following table:

**Table 5. FY2015 – FY2017 Declined Detainers and Subsequent ERO Administrative Arrests**

| Time Frame | Declined Detainers | Individuals with a Declined Detainer and a Later Arrest |
|---|---|---|
| FY 2015 | 7,369 | 1,045 |
| FY 2016 | 3,623 | 275 |
| FY 2017 | 8,170 | 460 |
| Between 1/20/2016 and 9/30/2016 | 2,267 | 181 |
| Between 1/20/2017 and 9/30/2017 | 7,232 | 376 |

The foregoing statistics underscore how important federal and local cooperation is for the safety of our officers and citizens. When local law enforcement cooperates with an ICE detainer and facilitates the custodial transfer of an alien to ICE, the arrest is made in a controlled, custodial setting. This helps avoid the potential risk of danger to ICE officers and to the general public that could occur through at-large arrests in the community, or having these individuals remain at large.

**B.     Cooperation creates efficiencies in the use of public resources.**

Public resources are most efficiently utilized when the federal government

can obtain custody of wanted criminal aliens at the time local law enforcement has apprehended them.  Releasing deportable aliens back onto the streets and forcing federal officials to pursue their cases independently makes little sense and increases costs. Cooperation prevents redundant enforcement actions for recidivist criminal aliens and prevents waste of taxpayer resources.  In 2009, the average incarcerated alien had seven arrests and committed an average of 12 offenses.  https://cis.org/Fact-Sheet/Immigration-Enforcement-and-Community-Policing.

Cooperation also saves local resources.  A Government Accountability Office report indicates that states and localities incur significant costs to incarcerate illegal aliens who are arrested for other local crimes.  In 2009, Maricopa County, Ariz., taxpayers spent $42 million to incarcerate illegal aliens.  When local law enforcement cooperates with an ICE detainer, the removal of the alien can saves taxpayers tens of thousands – up to hundreds of thousands – of dollars per year in jail costs, not counting health care, prosecutorial costs, probation and parole, and harm to victims of crime. https://cis.org/Fact-Sheet/Immigration-Enforcement-and-Community-Policing.

## **CONCLUSION**

For the foregoing reasons, Amici Curiae the National Sheriffs' Association, Southwestern Border Sheriffs' Coalition, Western States Sheriffs' Association, and Arizona Sheriffs' Association support the position of the Defendants in this case. Cooperation between ICE and local law enforcement is essential to effective policing. Amici Curiae urge the Court to deny Plaintiffs' Motion for Declaratory Relief, Temporary Restraining Order, and Order to Show Cause Regarding Application for Preliminary and Permanent Injunction.

RESPECTFULLY SUBMITTED this 16th day of May, 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/Eileen Dennis GilBride
Eileen Dennis GilBride
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Amici Curiae National Sheriffs' Association, Southwestern Border Sheriffs' Coalition, Western States Sheriffs' Association, and Arizona Sheriffs' Association

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/Karen Gawel

6737909.1