| | |
|---|---|
| Cody H. Wofsy* | Kathleen E. Brody (Bar No. 026331) |
| Spencer E. Amdur* | William B. Peard (Bar No. 033831) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | ACLU FOUNDATION OF ARIZONA |
| 39 Drumm Street | 3707 North 7th Street, Suite 235 |
| San Francisco, CA 94111 | Phoenix, AZ 85014 |
| Tel: (415) 343-0770 | Tel: (602) 650-1854 |
| cwofsy@aclu.org | kbrody@acluaz.org |
| samdur@aclu.org | bpeard@acluaz.org |
| | |
| Omar C. Jadwat* | Kathryn G. Mahady (028916) |
| Lee Gelernt* | ASPEY WATKINS & DIESEL, PLLC |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | 123 N. San Francisco Street, 3rd Floor |
| 125 Broad Street, 18th Floor | Flagstaff, Arizona 86001 |
| New York, NY 10004 | Tel: (928) 774-1478 |
| Tel: (212) 549-2660 | KMahady@awdlaw.com |
| ojadwat@aclu.org | |
| lgelernt@aclu.org | |

*Attorneys for Plaintiff*

*Admitted pro hac vice*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Guillermo Tenorio-Serrano, | Case No. 3:18-cv-08075-DGC-BSB |
| Plaintiff, | |
| v. | **MOTION TO DISMISS** |
| James Driscoll, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff moves the Court to dismiss this action. Counsel for Plaintiff have consulted with counsel for the Defendants regarding this motion. Counsel for Defendants Driscoll and Figueroa has indicated that they agree to the dismissal. Counsel for the County Defendants has not indicated the position of his clients as of the filing of this motion.

Respectfully submitted this 30th day of July, 2018.

**ACLU FOUNDATION OF ARIZONA**
/s/ *Kathleen E. Brody*
Kathleen E. Brody
William B. Peard

**ASPEY WATKINS & DIESEL, PLLC**
Kathryn G. Mahady

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Cody H. Wofsy*
Spencer E. Amdur*

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Omar C. Jadwat*
Lee Gelernt*

*Attorneys for Plaintiff*

*\*Admitted pro hac vice*

2

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on July 30, 2018 I electronically transmitted the attached |
| 3 | document to the Clerk's office using the CM/ECF System for filing.  Notice of this filing will |
| 4 | be sent by email to all parties by operation of the Court's electronic filing system or by mail |
| 5 | as indicated on the Notice of Electronic Filing. |

*/s/ Kathleen E. Brody*
Kathleen E. Brody