**JELLISON LAW OFFICES, PLLC**
3101 North Central Avenue
Suite 870
Phoenix, Arizona 85012
Telephone: (602) 772-5520
Facsimile: (602) 772-5509
E-mail: jim@jellisonlaw.com

JAMES M. JELLISON, ESQ. #012763
Attorney for Defendants Matt Ryan, Lena Fowler, Jim Parks, Elizabeth Archuleta, and Art Babbott, all in their official capacities as members of the Board of Directors of the Coconino County Jail District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guillermo Tenorio-Serrano, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>James Driscoll, *et. al.*;<br><br>Defendants. | Case No.: 3:18-cv-08075-DGC-BSB<br><br>**RESPONSE TO MOTION TO DISMISS** |

Defendants Matt Ryan, Lena Fowler, Jim Parks, Elizabeth Archuleta, and Art Babbott, all in their official capacities as members of the Board of Directors of the Coconino County Jail District (the "District Defendants"), through undersigned counsel, hereby submit their Response to Plaintiff's Motion to Dismiss (doc. 59) in which they do not oppose Plaintiff's Motion to Dismiss insofar as it seeks dismiss, without prejudice, and with each party to bear their own attorneys' fees and costs.

1

DATED this 10th day of August, 2018.

JELLISON LAW OFFICES, PLLC

By: <u>s/ James M. Jellison</u>
James M. Jellison
*Attorney for the District Defendants*

I hereby certify that on August 10, 2018 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

Kathryn G. Mahady
ASPEY WATKINS & DIESEL, PLLC
123 N. San Francisco Street, 3rd Floor
Flagstaff, AZ 86001
KMahady@awdlaw.com
*Attorney for Petitioner*

Michele Molinario
JONES SKELTON HOCHULI, PLC
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
mmolinario@jshfirm.com
*Attorney for Defendants Driscoll and Figueroa, in their official capacities*

s/Kasey M. Rivera