# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guillermo Tenorio-Serrano,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>James Driscoll, et al.,<br><br>　　　　　Defendants. | No.  CV 18-08075-PCT-DGC (BSB)<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion to Dismiss.  Doc. 59.  Defendants have filed a response to the motion in which they state they have no objection to the motion. Doc. 61.

　　　　**IT IS ORDERED** that Plaintiff's motion to dismiss (Doc. 59) is **granted** as to Defendants Matt Ryan, Lena Fowler, Jim Parks, Elizabeth Archuleta, and Art Babbott, all in their official capacities as members of the Board of Directors of the Coconino County Jail District.  This case is dismissed as to the above Defendants without prejudice, each party shall bear their own attorneys' fees and costs.

　　　　Dated this 20th day of August, 2018.

*David G. Campbell*
David G. Campbell
Senior United States District Judge