IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guillermo Tenorio-Serrano,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>James Driscoll, et al.,<br><br>　　　　　Defendants. | No.　CV 18-08075-PCT-DGC (BSB)<br><br><br>**ORDER** |

Pursuant to discussion with counsel for all parties,

**IT IS ORDERED:**

1. Defendants Driscoll and Figueroa are dismissed without prejudice, each party shall bear their own attorneys' fees and costs.

2. The Clerk of Court is directed to terminate this matter.

Dated this 20th day of August, 2018.

_David G. Campbell_
David G. Campbell
Senior United States District Judge